PROB 12C
(7/93)

Report Date: January 25, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio DeJesus Magana          Case Number: 0980 2:12CR02044-RMP-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 13, 2012

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison 24 months; TSR - 36          Type of Supervision: Supervised Release
                       months

Asst. U.S. Attorney:   Ian Lloyd Garriques                 Date Supervision Commenced: January 31, 2014

Defense Attorney:      Jeremy B. Sporn                     Date Supervision Expires: January 30, 2017

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/30/2015 and request the issuance of a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
|  | **Supporting Evidence**: Mr. Magana failed to comply with his substance abuse counseling recommendation by being unsuccessfully discharged from the James Oldham Treatment Center (JOTC) on January 6, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:          01/25/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Magana, Antonio DeJesus**
**January 25, 2016**
**Page 2**

═══════════════════════════════════════════

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
            Signature of Judicial Officer

            1/25/2016
_____
Date