# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DEJESUS MAGANA,<br><br>Defendant. | NO: 2:12-CR-2044-RMP<br><br>ORDER GRANTING MOTION TO DISMISS AND FOR IMMEDIATE RELEASE FROM CUSTODY<br>**\*\*US MARSHAL ACTION REQUIRED\*\*** |

BEFORE the Court is Mr. Magana's Motion to Dismiss allegations of violations of supervised release conditions and for Immediate Release from Custody, ECF No. 146. The Government has no objection to dismissing the petitions or to termination of Mr. Magana's term of supervised release. *See* ECF No. 150. Having reviewed the motion and the record, the Court is fully informed and finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss and for Immediate Release from Custody, **ECF No. 146**, is **GRANTED**.

ORDER GRANTING MOTION TO DISMISS AND FOR IMMEDIATE RELEASE FROM CUSTODY ~ 1

1  The District Court Clerk is directed to enter this Order and provide copies to

2  counsel and to the U.S. Marshal Service.

3  **DATED** this August 24, 2017.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    United States District Judge

ORDER GRANTING MOTION TO DISMISS AND FOR IMMEDIATE RELEASE FROM CUSTODY ~ 2